1 | THE SEHAT LAW FIRM, PLC
Cameron Sehat, Esq. (SBN 256535)
2 | 2082 Michelson Dr., Suite 301
Irvine, CA 92612
3 | Telephone:  (949) 825-5200
Facsimile: (949) 313-5001
4

5

6 | Attorney for Plaintiff, Pamela Marie Fields

7

8 | **UNITED STATES DISTRICT COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | **PAMELA MARIE FIELDS,** ) Case No.: 2:14-cv-04937-SVW-MRW
**Individually and on behalf of the estate** )
12 | **of DONTE LAMONT JORDAN,** )
) **STIPULATION OF VOLUNTARY DISMISSAL**
13 | **Plaintiff,** ) **OF ENTIRE COMPLAINT BY PLAINTIFF**
) **PAMELA FIELDS WITH PREJUDICE**
14 | **v.** )
)
15 | )
)
16 | **CITY OF LONG BEACH, and 10** )
**UNKNOWN OTHER NAMED** )
17 | **EMPLOYEES OF THE CITY OF** )
**LONG BEACH,** )
18 | )
)
19 | **Defendants.** )
20 | ─────────────────────────── )

21 | **STIPULATION**

22 | TO THE HONORABLE STEPHEN V. WILSON, U.S DISTRICT JUDGE PRESIDING:

23 | IT IS HEREBY STIPULATED that by and between the parties pursuant to Fed. R. Civ.

24 | Proc. Rule 41 (a)(1)(ii) that plaintiff Pamela Marie Fields individually and on behalf of the estate

25 | of Donte Lamont Jordan, dismisses her entire Complaint, against the defendant City of Long

26 | Beach, and 10 unknown other named employees of the city of Long Beach with prejudice.

27 | IT IS HEREBY STIPULATED that Plaintiff Pamela Marie Fields, individually and on

28 | behalf of the estate of Donte Lamont Jordan, and her attorney of record, Cameron Sehat, Esq.,

agree to bear their own costs, including attorney's fees and expenses pursuant to 42 U.S.C. sect.

**STIPULATION OF VOLUNTARY DISMISSAL OF ENTIRE COMPLAINT BY PLAINTIFF PAMELA
FIELDS WITH PREJUDICE**

1988, and defendants, City of Long Beach, and 10 unknown other named employees of the city
of Long Beach, and their counsel Monte H. Machit, City Attorney at Office of the Long Beach
City Attorney agree to bear their own costs and fees.  The parties further stipulate that the Court
should retain jurisdiction to enforce the terms of the settlement in this case.




THE SEHAT LAW FIRM, PLC

Date: 1/13/2015        By:_____
                              Cameron Sehat, Attorney for Plaintiff
                              Pamela Marie Fields



OFFICE OF THE LONG BEACH CITY ATTORNEY

Date: 1/13/2015        By:    /s/ Monte H. Machit_____
                              Monte H. Machit, Assistant City Attorney
                              Attorney for the City of Long Beach

**STIPULATION OF VOLUNTARY DISMISSAL OF ENTIRE COMPLAINT BY PLAINTIFF PAMELA FIELDS WITH PREJUDICE**